| | |
|---|---|
| 1 | SCHEER LAW GROUP, LLP |
| | SPENCER P. SCHEER #107750 |
| 2 | JOSHUA L. SCHEER #242722 |
| | REILLY D. WILKINSON #250086 |
| 3 | JONATHAN SEIGEL #168224 |
| | 155 N. Redwood Drive, Suite 100 |
| 4 | San Rafael, CA 94903 |
| | Telephone: (415) 491-8900 |
| 5 | Facsimile: (415) 491-8910 |
| | A.335-071S |
| 6 | |
| | Attorneys for Secured Creditor |
| 7 | SPRINGLEAF FINANCIAL SERVICES, INC. |

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 12-48704-MEH |
| MIGUEL RAMIREZ PIMENTEL and | Chapter 13 |
| STACEY ETTA PIMENTEL aka STACEY | |
| ETTA SCOTT PIMENTEL, | REQUEST FOR SPECIAL NOTICE |
| Debtors. | |

Attorneys for SPRINGLEAF FINANCIAL SERVICES, INC., requests that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

    SPRINGLEAF FINANCIAL SERVICES, INC.
    c/o SCHEER LAW GROUP, LLP
    155 N. Redwood Drive, Suite 100
    San Rafael, California 94903

    SCHEER LAW GROUP, LLP

DATED: June 12, 2013    /s/ Reilly D. Wilkinson
    #250086